THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| KELLY CHRISTIAN BROWN,<br><br>                 Petitioner,<br><br>v.<br><br>KELLY V. SPARKS,<br><br>                 Respondent. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 1:22-CV-115-DAK<br><br>District Judge Dale A. Kimball |

       On June 8, 2023, the Court ordered Petitioner to within thirty days show cause why this federal habeas petition should not be dismissed under the exhaustion and abstention doctrines. (ECF No. 2.) Petitioner has not responded. Indeed, Petitioner has not been heard from since this action was filed on September 8, 2022--more than ten months ago. (ECF No. 1)

       **IT IS THEREFORE ORDERED** that Petitioner's action is **DISMISSED** without prejudice for failure to prosecute this case. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).

       This action is **CLOSED**.

       DATED this 17th day of July, 2023.

                                                   BY THE COURT:

                                                   _____
                                                   JUDGE DALE A. KIMBALL
                                                   United States District Court